IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:24-00016

TRACEY BROWN

## MEMORANDUM OPINION AND ORDER

    Sentencing in this matter is scheduled for July 8, 2025. On June 27, 2025, counsel for defendant filed: 1) a motion to withdraw as counsel for defendant; 2) a motion to continue the sentencing hearing; and 3) a motion to withdraw defendant's plea of guilty. See ECF Nos. 48, 49, and 50. Deeming it necessary to do so, the court **SCHEDULES** a hearing on the motion to withdraw for July 8, 2025, at 11:00 a.m., in Charleston. The motion to continue the sentencing hearing is **GRANTED** and sentencing is **CONTINUED** until further order of the court.

    The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

    **IT IS SO ORDERED** this 30th day of June, 2025.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge